MOT
Phillip Charles Aught JR.
12333 Silvana Street
Las Vegas, Nevada 89141
(702) 210-6081
Phillipaught15@gmail.com
PLAINTIFF IN PROPER PERSON



FILED / ENTERED    RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 4 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

**PHILLIP CHARLES AUGHT JR.**
**Plaintiff in Proper Person**

                    Plaintiff,

            -vs-

**CLARK COUNTY, NEVADA;CITY OF LAS
VEGAS, NEVADA;LAS VEGAS METROPOLITAN
POLICE DEPARTMENT (LVMPD);ET.AL**

            Defendants.

Amended Complaint

**JURY TRIAL DEMANDED**

*Case No.* **2:25-cv-00854-RFB-MDC**

*MOTION FOR APPOINTMENT OF
COUNSEL (28 U.S.C. § 1915(e)(1))*

**HEARING REQUESTED**

*MOTION FOR APPOINTMENT OF COUNSEL (28 U.S.C. § 1915(e)(1))*

Plaintiff, PHILLIP CHARLES AUGHT JR., appearing pro se and proceeding in forma pauperis, respectfully moves this Court for the appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1).

### I. LEGAL STANDARD

Under 28 U.S.C. § 1915(e)(1), the Court may request an attorney to represent any person unable to afford counsel. The Ninth Circuit has held that appointment of counsel is appropriate where "exceptional circumstances" exist. See Palmer v. Valdez. In determining whether exceptional

circumstances exist, courts consider: The likelihood of success on the merits, and the ability of the plaintiff to articulate claims in light of the complexity of the legal issues involved.

## II. PLAINTIFF IS INDIGENT

Plaintiff has been granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff lacks the financial resources to retain private counsel.

## III. EXCEPTIONAL CIRCUMSTANCES EXIST

### A. Complexity of the Case

This action involves complex constitutional issues, including but not limited to:, First Amendment retaliation, Fourth Amendment unlawful detention and seizure, Due process violations, Municipal liability under 42 U.S.C. § 1983 These issues require advanced legal analysis, knowledge of federal civil rights law, and familiarity with procedural rules that exceed the capabilities of a layperson.

### B. Likelihood of Success on the Merits

Plaintiff's claims are supported by: Video and audio evidence, Witness testimony, Documentary records The evidence demonstrates significant factual disputes and constitutional concerns that are likely to survive dispositive motions and warrant full adjudication.

### C. Plaintiff's Inability to Effectively Litigate Without Counsel

Although Plaintiff has made diligent efforts to prosecute this action, he faces substantial limitations, including: Lack of formal legal training, limited access to legal resources. Procedural and evidentiary challenges inherent in federal litigation. This case will require:, Discovery management, Depositions, Motion practice, Trial preparation. Without counsel, Plaintiff will be severely disadvantaged in presenting his claims.

## IV. INTERESTS OF JUSTICE

The appointment of counsel would: Ensure the fair and efficient administration of justice, Assist the Court in addressing complex constitutional issues, Prevent prejudice to Plaintiff

## V. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court:

1.  Appoint counsel to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1); and
2.  Grant any other relief the Court deems just and proper.

DATED this 14th day of April,  2026.

*PHILLIP CHARLES AUGHT JR.*

PHILLIP CHARLES AUGHT JR.

Plaintiff, Pro Se

12333 Silvana Street

Las Vegas, Nevada 89141

(702) 210-6081

phillipaught15@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April,  2026, I served a true and correct copy of the foregoing Motion for Appointment of Counsel upon all parties of record via the Court's electronic filing system.

PHILLIP CHARLES AUGHT JR.